1  Susan Heaney Hilden
   Bar No. 5358
2  LITTLER MENDELSON
   50 West Liberty Street
3  Suite 400
   Reno, NV  89501.1944
4  Telephone:   775.348.4888
   Fax No.:        775.786.0127
5
   Attorneys for Defendants
6  AINSWORTH GAME TECHNOLOGY, INC. and
   MARGHERITA AVENITAS
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 | JILL LAMONTE, an individual,

12 |            Plaintiff,

13 | vs.                                    Case No.:  2:14-cv-00538-MMD-PAL

14 | AINSWORTH GAME TECHNOLOGY,              **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**
   | INC., a Florida corporation;
15 | MARGHERITA AVENITAS, an individual;
   | and DOES 1-20, inclusive,
16
   |            Defendants.
17

18     IT IS HEREBY STIPULATED between Plaintiff, JILL LAMONTE, and Defendants

19 AINSWORTH GAME TECHNOLOGY, INC. and MARGHERITA AVENITAS, by and through

20 their designated counsel of record, that this matter be dismissed in its entirety, with

21 prejudice, each party to bear their own costs and attorney's fees.

22 Dated:  January 26, 2015              Dated:  January 26, 2015

23

24     _____/s/_____                    _____/s/_____
   JOHN BOGGS, ESQ.                    SUSAN HEANEY HILDEN, ESQ.
25 FINE, BOGGS & PERKINS, LLP           LITTLER MENDELSON, P.C.

26 Attorney for Plaintiff                Attorneys for Defendants
   JILL LAMONTE                         AINSWORTH GAME TECHNOLOGY, INC., and
27                                      MARGHERITA AVENITAS

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

## ORDER FOR DISMISSAL

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
**DISTRICT COURT JUDGE**

Firmwide:131248112.1 079848.1001

LITTLER MENDELSON, P.C.
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.