Susan Heaney Hilden
Bar No. 5358
LITTLER MENDELSON
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendants
AINSWORTH GAME TECHNOLOGY, INC. and
MARGHERITA AVENITAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL LAMONTE, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>AINSWORTH GAME TECHNOLOGY, INC., a Florida corporation; MARGHERITA AVENITAS, an individual; and DOES 1-20, inclusive,<br><br>            Defendants. | Case No.: 2:14-cv-00538-RFB-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED between Plaintiff, JILL LAMONTE, and Defendants AINSWORTH GAME TECHNOLOGY, INC. and MARGHERITA AVENITAS, by and through their designated counsel of record, that this matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorney's fees.

Dated:  January 26, 2015                              Dated:  January 26, 2015


         /s/                                                                    /s/
JOHN BOGGS, ESQ.                                 SUSAN HEANEY HILDEN, ESQ.
FINE, BOGGS & PERKINS, LLP              LITTLER MENDELSON, P.C.

Attorney for Plaintiff                                  Attorneys for Defendants
JILL LAMONTE                                         AINSWORTH GAME TECHNOLOGY, INC., and
                                                                  MARGHERITA AVENITAS

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

**ORDER FOR DISMISSAL**

Case No.: 2:14-cv-00538-RFB-PAL

# ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of February, 2015.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.